1 | **DINA L. SANTOS, SBN 204200**
A Professional Law Corp.
2 | State Bar No. 204200
428 J Street, Suite 359
3 | Sacramento, CA 95814
Telephone: (916) 447-0160
4 | Facsimile: (916) 447-2988

5

Attorney for Defendant
6 | MAGGIE LUONG

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12

13

**United States of America**,                )          Case No. CRS - 08-543 GEB
14                                              )
                                               )
15                                              )          **REQUEST FOR ORDER &**
                                               )          **PROPOSED ORDER EXONERATING**
16                                              )          **BOND**
v.                                             )
17                                              )
**MAGGIE LUONG**,                              )
18                                              )
                Defendant.                     )
19                                              )
    _____

20

21          On January 29, 2009, Ms. Luong was ordered released on a $300,000 Secured Bond.  On

22  February 17, 2009, the following property was posted and a deed of trust and promissory note

23  was recorded against this property:

24

25          **Property**                                        **Owner(s)**

26          7708 38th Avenue, Sacramento, CA                    Maggie Luong
                                                                Aka Wei Ziang Liang
27
            8284 Cliffe Way, Sacramento, CA                     Juan Liang
28                                                              David Bao

The above captioned matter has now been settled.  It is hereby requested that the Secured bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.


Dated: October 25, 2011                          /s/ Dina L. Santos
                                                 DINA L. SANTOS
                                                 Attorney for Defendant
                                                 MAGGIE LUONG

## ORDER

It is hereby ordered that the Secured bond in the amount of  $300,000, posted by and secured by deeds of trust and promissory notes from the following property and persons is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deeds of Trust and Promissory Notes.:

7708 38th Avenue, Sacramento, CA              Maggie Luong
                                              Aka Wei Ziang Liang

8284 Cliffe Way, Sacramento, CA               Juan Liang
                                              David Bao

Dated:  October 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -